| | |
|---|---|
| 1 | Robin E. Perkins, Esq. |
| | Nevada Bar No. 9891 |
| 2 | Jennifer L. McBee, Esq. |
| | Nevada Bar No. 9110 |
| 3 | SNELL & WILMER L.L.P. |
| | 3883 Howard Hughes Parkway, Suite 1100 |
| 4 | Las Vegas, NV 89169 |
| | Telephone: (702) 784-5200 |
| 5 | Facsimile: (702) 784-5252 |
| | Email: rperkins@swlaw.com |
| 6 | jmcbee@swlaw.com |

*Attorneys for Defendant Wells Fargo Bank, N.A.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LILY TOUCHSTONE, LLC, a domestic limited liability company, | CASE NO.: 2:18-cv-02283-GMN-NJK |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO EXTEND DEFENDANT WELLS FARGO BANK, N.A.'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| NATIONAL DEFAULT SERVICING CORPORATION, an Arizona corporation; WELLS FARGO BANK, N.A.; and DOES 1-5 inclusive, | |
| Defendants. | **(FIRST REQUEST)** |

It is hereby stipulated by and between Plaintiff Lily Touchstone, LLC ("Plaintiff"), through its counsel, Mont E. Tanner, Esq., and Defendant Wells Fargo Bank, N.A. ("Wells Fargo"), through its counsel, the law firm of Snell & Wilmer L.L.P., as follows:

The deadline for Wells Fargo to answer or otherwise respond to the Complaint is currently December 7, 2018. Plaintiff and Wells Fargo stipulate and agree that Wells Fargo may have a fourteen (14) day extension, up to and including December 21, 2018, to respond to Plaintiff's Complaint. In support of this Stipulation, the Parties state as follows:

1. On October 29, 2018, Plaintiff filed a Complaint ("Complaint") in the Eighth Judicial District Court, Clark County, Nevada, Case No. A-18-783569-C. Plaintiff faxed a copy of

4844-9152-1409

the Complaint to Wells Fargo's foreclosure trustee, National Default Servicing Corporation, on October 31, 2018.

2. Although Plaintiff failed to properly serve Wells Fargo, Wells Fargo timely filed a Petition for Removal [ECF No. 1] in the United States District Court, District of Nevada, on November 30, 2018.

3. Wells Fargo filed a Notice of Removed Action in the Eighth Judicial District Court, Clark County, Nevada, Case No. A-18-783569-C, on November 30, 2018.

4. This is the first request for an extension of time to respond to the Complaint and is not intended to cause any delay or prejudice to any party. Rather, the Parties request this extension to allow Wells Fargo to evaluate and analyze the Complaint, conduct a diligent search, and obtain records and information necessary to prepare its responsive pleading.

5. The Parties respectfully request that the Court enter an order allowing Wells Fargo to respond to the Complaint on or before December 21, 2018.

**IT IS SO STIPULATED.**

DATED this 4th day of December 2018.

LAW OFFICES OF MONT E. TANNER

/s/ Mont E. Tanner
Mont E. Tanner (NV Bar No. 4433)
2950 East Flamingo Road, Suite G
Las Vegas, NV 89121
Phone: (702) 369-9614
Fax: (702) 369-5731

*Attorney for Plaintiff*

DATED this 4th day of December 2018.

SNELL & WILMER L.L.P.

/s/ Jennifer L. McBee
Robin E. Perkins (NV Bar No. 9891)
Jennifer L. McBee (NV Bar No. 9110)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Phone: (702) 784-5200
Fax: (702) 784-5252

*Attorneys for Defendant Wells Fargo Bank, N.A.*

/ / /

4844-9152-1409

# ORDER

**IT IS HEREBY ORDERED:**

1. That the foregoing Stipulation by and between the Parties is approved; and

2. That Wells Fargo shall have until December 21, 2018 to respond to Plaintiff's Complaint in this matter.

**IT IS SO ORDERED**.

**DATED** this __12__ day of December, 2018.

_____
Gloria M. Navarro, Chief Judge
United States District Court


Respectfully submitted by:

SNELL & WILMER L.L.P.

 /s/ Jennifer L. McBee
_____

Robin E. Perkins (NV Bar No. 9891)
Jennifer L. McBee (NV Bar No. 9110)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
*Attorneys for Defendant Wells Fargo Bank, N.A.*

# **CERTIFICATE OF SERVICE**

I hereby certify that on December 4, 2018, I electronically filed the foregoing **STIPULATION AND ORDER TO EXTEND DEFENDANT WELLS FARGO BANK, N.A.'s TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that I have sent the foregoing document to the Plaintiff's counsel, Mont E. Tanner, Esq., by First-Class Mail, postage fully prepaid, to the following street address:

> Mont E. Tanner, Esq.
> LAW OFFICES OF MONT E TANNER
> 2950 East Flamingo Road, Suite G
> Las Vegas, NV 89121
>
> *Attorney for Plaintiff*

DATED this 4th day of December 2018.

*/s/ Jill Math*
An Employee of Snell & Wilmer L.L.P.

4844-9152-1409