**SAO**
MONT E. TANNER, ESQ.
Nevada Bar Number 004433
LAW OFFICES OF MONT E. TANNER
2950 East Flamingo Road, Suite G
Las Vegas, Nevada 89121
Telephone: (702) 369-9614
Facsimile: (702) 369-5731
E-mail: mtannerlaw@aol.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| LILY TOUCHSTONE, LLC, a domestic limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONAL DEFAULT SERVICING CORPORATION, an Arizona corporation; WELLS FARGO BANK, N.A.; and DOES 1-5, inclusive,<br><br>Defendants. | CASE NO.: 2:18-cv-02283-GMN-NJK<br><br>**STIPULATION AND ORDER TO EXTEND PLAINTIFF'S TIME TO RESPOND TO DEFENDANT WELLS FARGO BANK, N.A.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

This Stipulation and Order to Extend Plaintiff's Time to Respond to Defendant Wells Fargo Bank, N.A.'s Motion to Dismiss the Complaint ("SAO"), is entered into by and between LILY TOUCHSTONE, LLC ("Lily Touchstone"), by and through its counsel, Mont E. Tanner, Esq., of the Law Offices of Mont E. Tanner, and WELLS FARGO BANK, N.A. ("Wells Fargo"), by and through its counsel, Jennifer L. McBee, Esq., of Snell & Wilmer, LLP. The parties hereby stipulate and agree as follows:

1. Lily Touchstone's time to file a response to Wells Fargo's Motion to Dismiss Lily Touchstone's Complaint is hereby extended from January 2, 2019 to January 16, 2019; and

2. Wells Fargo's time to reply to Lily Touchstone's response is hereby extended to February 6, 2019.

The reason for the request is that attorneys will be out of the office for the Christmas and New Years holidays, and the schedule of the parties.

This is the First Request for an Extension of Time.

Dated this 20th day of December, 2018.

| | |
|---|---|
| *(signature)* | *Jennifer L. McBee, Esq. /s/* |
| Mont E. Tanner, Esq. | Jennifer L. McBee, Esq. |
| Nevada Bar No.: 004433 | Nevada Bar No: 9110 |
| Law Offices of Mont E. Tanner | Snell & Wilmer, LLP |
| 2950 E. Flamingo Road, Ste.G | 3883 Howard Hughes Pkwy, Ste.1000 |
| Las Vegas, Nevada 89121 | Las Vegas, NV 89144 |
| Counsel for Plaintiff | Counsel for Defendant |

**ORDER**

**IT IS SO ORDERED.**

**DATED** this  20  day of December, 2018.

*(signature)*

Gloria M. Navarro, Chief Judge
United States District Court