**SAO**
Mont E. Tanner, Esq.
Nevada Bar Number 004433
LAW OFFICES OF MONT E. TANNER
2950 East Flamingo Road, Suite G
Las Vegas, Nevada 89121
Telephone: (702) 369-9614
Facsimile: (702) 369-5731
E-mail: mtannerlaw@aol.com
Attorney for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| LILY TOUCHSTONE, LLC, a domestic limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONAL DEFAULT SERVICING CORPORATION, an Arizona corporation; WELLS FARGO BANK, N.A.; and DOES 1-5, inclusive,<br><br>Defendants. | CASE NO: 2:18-CV-02283-GMN-NJK<br><br>**STIPULATION AND ORDER TO EXTEND PLAINTIFF'S TIME TO FILE AN OPPOSITION TO DEFENDANT WELLS FARGO BANK N.A.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>**(SECOND REQUEST)** |

Plaintiff LILY TOUCHSTONE, LLC, by and through their counsel, Mont E. Tanner, Esq., and Defendant WELLS FARGO BANK, N.A., by and through its counsel, Robin E. Perkins, Esq., and Jennifer L. McBee, Esq., of Snell & Wilmer, hereby stipulate and agree to Extend Plaintiff's Time to File an Opposition to Defendant Wells Fargo Bank, N.A.'s Motion to Dismiss Plaintiff's Complaint to January 30, 2019 as well as the time for Defendant WELLS FARGO BANK, N.A. to file a Reply thereto to February 20, 2019.

The reason for requesting this extension of time is that

Mont E. Tanner, Esq., counsel for Plaintiff, has had recent staff changes at his office which necessitates this extension.

Dated this 15th day of January, 2019.

| LAW OFFICES OF MONT E. TANNER | SNELL & WILMER |
|---|---|
| *Mont E. Tanner, Esq. /s/* <br> Mont E. Tanner, Esq. <br> Nevada Bar No. 4433 <br> 2950 E. Flamingo Road, Suite G <br> Las Vegas, Nevada 89121 <br> Counsel for Plaintiff <br> Lily Touchstone, LLC | *Jennifer L. McBee, Esq. /s/* <br> Robin E. Perkins, Esq. <br> Nevada Bar No.: 9891 <br> Jennifer L. McBee, Esq. <br> Nevada Bar No.: 9110 <br> 3883 Howard Hughes Parkway, Suite 1100 <br> Las Vegas, Nevada 89169 <br> Counsel for Defendants <br> Wells Fargo Bank, N.A. |

UPON STIPULATION of the parties, and good cause appearing therefore, IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff shall have until January 30, 2019 to file its Opposition to Defendant's Motion to Dismiss Plaintiff's Complaint, filed on December 19, 2018.

IT IS ALSO ORDERED that Defendant shall have until February 20, 2019 to file its Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss Plaintiff's Complaint, filed on December 19, 2018.

Dated: January 23, 2019.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT