Robin E. Perkins, Esq.
Nevada Bar No. 9891
Jennifer L. McBee, Esq.
Nevada Bar No. 9110
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: rperkins@swlaw.com
jmcbee@swlaw.com

*Attorneys for Defendant Wells Fargo Bank, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LILY TOUCHSTONE, LLC, a domestic limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL DEFAULT SERVICING CORPORATION, an Arizona corporation; WELLS FARGO BANK, N.A.; and DOES 1-5 inclusive,<br><br>Defendants. | CASE NO.: 2:18-cv-02283-GMN-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANT WELLS FARGO BANK, N.A.'S TIME TO REPLY IN SUPPORT OF MOTION TO DISMISS COMPLAINT**<br><br>**(THIRD REQUEST)** |

Plaintiff Lily Touchstone, LLC ("Plaintiff"), through its counsel, Mont E. Tanner, Esq., and Defendant Wells Fargo Bank, N.A. ("Wells Fargo"), through its counsel, the law firm of Snell & Wilmer L.L.P., hereby respectfully request the Court enter an order, pursuant to Local Rules IA 6-1 and LR 7-1, extending the briefing schedule for Wells Fargo's reply in support of its Motion for Summary Judgment filed on December 19, 2018 [ECF No. 8] (the "Motion"). The current deadline to reply in support of the Motion is February 20, 2019. This is the Parties' third extension request related to briefing the Motion and is made prior to the current deadline to file the reply.

Wells Fargo's counsel seek to extend the briefing schedule by two weeks to allow counsel adequate time to complete the briefing in this matter. Counsel for Plaintiff is agreeable to this extension request.

4815-1669-5688

Therefore, the Parties request the Court extend the deadline for Wells Fargo to file a reply in support of the Motion to **March 6, 2019**. This stipulated extension request is made for the benefit and convenience of the Parties, is sought in good faith, and is not made for the purpose of delay.

**IT IS SO STIPULATED.**

DATED this 19th day of February 2019.

LAW OFFICES OF MONT E. TANNER

/s/ Mont E. Tanner
Mont E. Tanner (NV Bar No. 4433)
2950 East Flamingo Road, Suite G
Las Vegas, NV 89121
Phone: (702) 369-9614
Fax: (702) 369-5731

*Attorney for Plaintiff*

DATED this 19th day of February 2019.

SNELL & WILMER L.L.P.

/s/ Jennifer L. McBee
Robin E. Perkins (NV Bar No. 9891)
Jennifer L. McBee (NV Bar No. 9110)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Phone: (702) 784-5200
Fax: (702) 784-5252

*Attorneys for Defendant Wells Fargo Bank, N.A.*

## ORDER

**IT IS HEREBY ORDERED:**

1. That the foregoing Stipulation by and between the Parties is approved; and

2. That Wells Fargo shall have until March 6, 2019 to file a Reply in support of its Motion to Dismiss Plaintiff's Complaint

**IT IS SO ORDERED**.

Dated this __25__ day of February, 2019

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT JUDGE

4815-1669-5688

## **CERTIFICATE OF SERVICE**

I hereby certify that on February ____, 2019, I electronically filed the foregoing **STIPULATION AND ORDER TO EXTEND DEFENDANT WELLS FARGO BANK, N.A.'s TIME TO REPLY IN SUPPORT OF MOTION TO DISMISS COMPLAINT (THIRD REQUEST)** with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED this _____ day of February 2019.

							An Employee of Snell & Wilmer L.L.P.

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

4815-1669-5688